**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>PHILLIP A. ROBINSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj51/MD<br><br>**AFPD Thomas Keith**<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 877.03 | Disorderly conduct | 10/22/07 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid in full.)

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 250.00 | $ 0.00 |

Date of Imposition of Sentence - 3/25/08

*/s/ Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: **3-26-2008**